UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DIRECTV, INC.,

        Plaintiff,

   v.

JOHN MARSH,

        Defendant.

                                /

NO. CIV. S-05-273 LKK/JFM

O R D E R

A Status Conference was SET for April 25, 2005 at 2:00 p.m. in the above-captioned case.  Plaintiff did not complete service of process until April 25, 2005.  In order to allow defendant to appear, the Status Conference set for April 25, 2005 is CONTINUED to July 18, 2005 at 2:00 p.m.  Plaintiff shall serve a copy of this order on defendant.

    IT IS SO ORDERED.

    DATED:  April 28, 2005.

                                    /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT