IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIRECTV, INC., a California corporation,

vs.

No. CIV S-05-0273 LKK JFM

JOHN MARSH,

        Defendant.

ORDER

/

        Plaintiff, through counsel, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On October 11, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed October 11, 2005, are adopted in full;

        2. The Clerk of the Court is directed to enter judgment against defendant John Marsh on DirecTV's claims pursuant to 18 U.S.C. § 2511(1)(a) and 47 U.S.C. § 605(a);

1

3. Plaintiff is granted no award for damages for defendant Marsh's violation of 18 U.S.C. § 2511(1)(a);

4. Plaintiff is awarded $1,000.00 in damages, plus plaintiff's reasonable attorneys' fees in the amount of $2,791.50 and costs in the amount of $467.66, for defendant Marsh's violation of 47 U.S.C. § 605(a); and

5. This action is dismissed.

DATED: January 3, 2006.

      /s/Lawrence K. Karlton
      UNITED STATES DISTRICT JUDGE

/directv273.801