## UNITED STATES DISTRICT COURT
### FOR THE
## EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
### 501 "I" STREET
### SACRAMENTO, CA 95814



FILED

JAN - 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY_____
        DEPUTY CLERK



**DIRECTV, INC.**

v.

**JOHN MARSH**

### DEFAULT JUDGMENT

### Case No. CIV S-05-0273 LKK JFM

---

**IT IS ORDERED AND ADJUDGED** default judgment is hereby
ENTERED against defendant:

### JOHN MARSH

Plaintiff is awarded $1,000 in damages, plus plaintiff's reasonable
attorneys' fees in the amount of $2,791.50 and costs in the amount of
$467.66.

January 4, 2006

JACK L. WAGNER, CLERK

By: _____

NDDuong, Deputy Clerk