**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" STREET**
**SACRAMENTO, CA 95814**



**FILED**

JAN - 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK



DIRECTV, INC.

    v.

JOHN MARSH

**DEFAULT JUDGMENT**

**Case No. CIV S-05-0273 LKK JFM**

---

**IT IS ORDERED AND ADJUDGED** default judgment is hereby
ENTERED against defendant:

### JOHN MARSH

Plaintiff is awarded $1,000 in damages, plus plaintiff's reasonable
attorneys' fees in the amount of $2,791.50 and costs in the amount of
$467.66.

January 4, 2006

JACK L. WAGNER, CLERK

By: _____
NDDuong, Deputy Clerk